IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HICA EDUCATION LOAN CORP.,

    Plaintiff,                          No. CIV S-11-2256 GEB CKD

    vs.

SHALAMAH YAHCHOVE,

    Defendant.                     <u>ORDER</u>

_____/

        Presently calendared for hearing on March 21, 2012 is plaintiff's motion for default judgment. Upon review of the docket and the proofs of service filed in this action, it appears that defendant has not yet been properly served with the summons and complaint. The proofs of service (dkt. nos. 7, 10, 11) state that an identified "co-occupant" was served at defendant's "residence." The proofs of service do not indicate the address at which summons was served. However, the notice of motion for default judgment was served on defendant at 2826 O Street, Sacramento, California. A search of the WestLaw PeopleFinder data base indicates that the address at which defendant was served is no longer a valid address. That data base indicates that the last known address for defendant is 3841 38th St., Sacramento, CA 95820-1247, and that this address was first reported on October 15, 2005. Because it appears

/////

defendant has not yet been properly served, the motion for default judgment will be denied without prejudice.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's entry of default (dkt. no. 15) is vacated;

2. The hearing date of March 21, 2012 is vacated; and

3. The motion for default judgment (dkt. nos. 16, 18) is denied without prejudice.

Dated: January 10, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
hica-yahchove.vac