IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HICA EDUCATION LOAN, CORPORATION, | ) ) ) | 2:11-cv-02256-GEB-CKD |
| Plaintiff, | ) ) | |
| v. | ) ) ) | <u>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FED. R. CIV. P. 4(M) NOTICE</u> |
| SHALAMAH N. YAHCHOVE, | ) ) | |
| Defendant. | ) ) | |

Plaintiff was required to respond to an Order filed October 26, 2011, by either "fil[ing] proof of service" or "a sufficient explanation why service was not effected within [Federal Rule of Civil Procedure ("Rule")] 4(m)'s prescribed service period." (ECF No. 6, 2:8-11.) This filing was due no later than December 23, 2011. <u>Id.</u>

Plaintiff filed two Proofs of Service on November 18, 2011 (ECF Nos. 10, 11), and subsequently moved for default judgment. However, the magistrate judge denied Plaintiff's Motion for Default Judgment without prejudice on January 10, 2012, stating in relevant part, "[u]pon review of the docket and the proofs of service filed in this action, it appears that defendant has not yet been properly served with the summons and complaint." (ECF No. 19, 1:17-19.)

Further, Plaintiff states in its Status Report filed on January 17, 2012, that "[it] believes that it has properly effectuated service . . . on [Defendant, but i]n this instance. . . and in light of the concerns that have been expressed by the Court, Plaintiff intends to

1

immediately request the reissuance of a summons and re-serve it and a copy of the Complaint on Defendant." (ECF No. 20, 1:20-2:3.)

Plaintiff was previously issued a notice concerning failure to serve Defendant under Federal Rule of Civil Procedure 4(m), and now will be given until and including February 10, 2012 to effectuate service on Defendant. Plaintiff is notified under Rule 4(m) that failure to serve Defendant with process on or before February 10, 2012, may result in dismissal of this action for failure of service and/or prosecution. To avoid dismissal, on or before February 13, 2012, Plaintiff shall file proof of service or a filing providing sufficient explanation why service was not completed within the extended service period.

Further, the Status (Pretrial Scheduling) Conference scheduled for hearing on January 30, 2012, is continued to March 26, 2012, at 9:00 a.m. A further status report shall be filed no later than fourteen (14) days prior, in which Plaintiff is required to explain its efforts to prosecute this action.

IT IS SO ORDERED.

Dated: January 19, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

2